UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES, LLC<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS,<br><br>Defendants. | Civil Action No.<br><br>2:12-CV-3735-ES-SCM<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court on January 22, 2013 by way of telephone conference, and for good cause having been shown,

**IT IS** on this 22nd day of January 2013 ordered that the Scheduling Order is hereby amended as follows:

1. **Fact Discovery Deadline**: Fact discovery is to remain open through **3/13/2013**. Discovery should be produced on a rolling basis. All fact witness depositions must be completed by the close of fact discovery. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. **Discovery Disputes**: No discovery motion or motion for sanctions for failure to provide discovery shall be made without prior leave of Court. Counsel shall confer in good faith and attempt to informally resolve any discovery disputes before seeking the Court's intervention. Trial counsel must meet and confer to resolve any disputes concerning privilege before raising such disputes to the Court. Should such informal efforts fail, the aggrieved party shall bring the dispute to the Court's attention in the first instance by a brief letter, not to exceed 5 pages, outlining the dispute. The other party will then be permitted to submit a brief opposition letter, not to exceed 5 pages. Thereafter, the Court will schedule a telephonic discovery conference pursuant to Fed. R. Civ. P. 26(f) to resolve the dispute. *See* L. Civ. R. 16.1(f).

3. **Status Letter**: The parties will file a joint letter with the Court on about **3/20/13** itemizing the discovery that has been completed and any issues that need to be discussed in the upcoming telephone conference.

4. **Telephone Conference**: The court will hold a brief telephone conference regarding discovery on **3/26/2013** at **10:00 A.M.** Counsel for defendant shall initiate the call.

5. A **settlement-status conference** to be held on <u>**4/18/2013**</u> at **2:00 P.M.** before Magistrate Judge Steve Mannion in courtroom 4A. Trial counsel and clients who have settlement authority must appear. Counsel must meet and confer regarding proposed releases or settlement terms at least 7 days before the conference and bring mutually agreeable terms (without dollar amounts) to the conference. Confidential settlement positions no longer than five pages should be faxed to Magistrate Judge Mannion seven days before the conference and not filed via ECF.

6. **Motion Practice:** No motions are to be filed without leave from this Court. All dispositive motions must first be the subject of a dispositive motion pre-hearing. These pre-requisites must be met before any motions are filed and the motions will be returned if not met. All calendar or dispositive motions, if permitted, shall comply with L. Civ. R. 7.1(b), and L. Civ. R. 78.1.

7. **Dispositive Motions: Motions for summary judgment shall be filed by TBD 2013.** *See* Fed. R. Civ. P. 32(d)(3)(A); Local Civ.R. 7.1. Opposition is to be filed within ten days by TBD **2013**. Replies are to be filed within seven days by TBD **2013**.

<u>s://     *Steven C. Mannion*</u>
Hon. Steven C. Mannion, U.S.M.J.