**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for Plaintiff



CLOSED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

PATIENT CARE ASSOCIATES LLC a/s/o
NADA ALKHAWAM,

Plaintiff(s),

v.

TEVA PHARMACEUTICALS; ABC
CORP. (1-10) (Said names being fictitious
and unknown entities)

Defendant(s),

CIVIL ACTION NO.: 2:12-cv-03735

**CIVIL ACTION**

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

It is hereby stipulated and agreed that all claims against Teva Pharmaceuticals in the

above-captioned matter are hereby dismissed without costs against any parties with prejudice.

Massood & Bronsnick, LLC

_____

Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

So Ordered

_____, U.S.D.J.

Massood & Bronsnick, LLC
Attorneys at Law

Dated:  May 24, 2013
        28th